# United States District Court
# Western District of North Carolina
# Division

JUDGMENT IN CASE

| | |
|---|---|
| DOROTHY MARIA TORES, O/B/O G.A.P., | ) ) |
| Plaintiff(s), | ) |
| vs. | ) ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) |
| Defendant(s). | ) |

1:14-cv-00040

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2014 Order.

July 29, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court